**Statute of Limitations**

| Plaintiff | Choice of Law | Products Liability Statute of Limitations | Removal Date | Date Complaint Filed | MDL Case No. | Plaintiffs' Firms |
|---|---|---|---|---|---|---|
| Mercado, Lydia | VA | 2 | 11/21/2018 | 3/28/2023 | 1:23-cv-01308 | Allen & Nolte, PLLC |
| Perry, Shara | NY | 3 | 3/1/2016 | 3/1/2023 | 1:23-cv-00889 | Bernstein Liebhard, LLP |
| Swanson, Sarah | VA | 2 | 10/19/2020 | 1/6/2023 | 1:23-cv-00086 | Cory Watson, PC |
| Claudio, Grace | NY | 3 | 3/8/2019 | 6/21/2022 | 1:22-cv-02468 | Egenberg Trial Lawyers Brad Egenberg Law |
| Rogers, Ronda | AL | 2 | 7/24/2019 | 8/11/2021 | 1:21-cv-03264 | Ferrer Poirot Feller & Daniel |
| Deising, Tammy S | MI | 3 | 3/9/2015 | 7/29/2021 | 1:21-cv-03045 | Fibich Leebron Copeland Briggs |
| Gotham, Bobbie | MI | 3 | 1/11/2018 | 8/30/2021 | 1:21-cv-03585 | Fibich Leebron Copeland Briggs |
| Munson, Rokiea | NY | 3 | 1/1/2018 | 3/29/2023 | 1:23-cv-01345 | Fibich Leebron Copeland Briggs |
| Nestorak, Jaimie | MI | 3 | 7/20/2018 | 9/21/2022 | 1:22-cv-03814 | Fibich Leebron Copeland Briggs |
| Rennie, Karen | NY | 3 | 5/31/2017 | 8/31/2021 | 1:21-cv-03626 | Fibich Leebron Copeland Briggs |
| Sharp, Rene | MS | 3 | 5/4/2016 | 8/2/2021 | 1:21-cv-03115 | Fibich Leebron Copeland Briggs |
| Stauffer, Jodi | NY | 3 | 9/4/2018 | 11/23/2021 | 1:21-cv-04837 | Fibich Leebron Copeland Briggs |
| Armijo, Marina | NY | 3 | 8/17/2018 | 6/22/2022 | 1:22-cv-02497 | Hammers Law Firm |
| Austin, Felicia | NY | 3 | 3/26/2014 | 8/31/2022 | 1:22-cv-03520 | Hammers Law Firm |

1

| Chin, Hannah | NY | 3 | 1/26/2017 | 8/9/2022 | 1:22-cv-03140 | Hammers Law Firm |
|---|---|---|---|---|---|---|
| Coats, Kristen | AL | 2 | 6/1/2017 | 9/13/2022 | 1:22-cv-03689 | Hammers Law Firm |
| Coss, Ivonne | NY | 3 | 4/15/2017 | 8/9/2022 | 1:22-cv-03152 | Hammers Law Firm |
| Crayton-Gay, Christina | VA | 2 | 8/1/2017 | 3/24/2023 | 1:23-cv-01262 | Hammers Law Firm |
| Dorfman, Susan | NY | 3 | 2/27/2013 | 3/24/2023 | 1:23-cv-01263 | Hammers Law Firm |
| Earley, Precious | MI | 3 | 12/1/2017 | 6/25/2022 | 1:22-cv-02550 | Hammers Law Firm |
| Fernandez, Yanet | NY | 3 | 4/28/2018 | 3/9/2023 | 1:23-cv-01024 | Hammers Law Firm |
| Glowacz, Patrycja | NY | 3 | 9/12/2011 | 11/4/2021 | 1:21-cv-04563 | Hammers Law Firm |
| Johnson, Linda | VA | 2 | 12/28/2013 | 2/4/2022 | 1:22-cv-00454 | Hammers Law Firm |
| Lane, Brenna | MI | 3 | 5/11/2017 | 6/22/2022 | 1:22-cv-02499 | Hammers Law Firm |
| Look, Katelynn | NY | 3 | 1/1/2019 | 7/5/2023 | 1:23-cv-02973 | Hammers Law Firm |
| McDonald, Spring | ID | 2 | 12/8/2011 | 2/4/2022 | 1:22-cv-00455 | Hammers Law Firm |
| McIntyre, Karina | MI | 3 | 3/22/2017 | 8/15/2022 | 1:22-cv-03242 | Hammers Law Firm |
| Munger, Gina | MI | 3 | 1/23/2015 | 8/9/2022 | 1:22-cv-03146 | Hammers Law Firm |
| Nobles, Linda | NY | 3 | 8/26/2014 | 3/10/2023 | 1:23-cv-01049 | Hammers Law Firm |
| Pahl, Myriah | NY | 3 | 11/17/2016 | 8/7/2022 | 1:22-cv-03108 | Hammers Law Firm |

| Parra, Lerdy | NY | 3 | 6/1/2016 | 11/4/2021 | 1:21-cv-04582 | Hammers Law Firm |
|---|---|---|---|---|---|---|
| Robinson, Kimberly | AL | 2 | 3/7/2016 | 8/15/2022 | 1:22-cv-03238 | Hammers Law Firm |
| Ross, Carolyn | NY | 3 | 5/8/2015 | 8/13/2022 | 1:22-cv-03222 | Hammers Law Firm |
| Thomas, Dionne D. | NY | 3 | 11/7/2014 | 2/4/2022 | 1:22-cv-00459 | Hammers Law Firm |
| Trever, Natasha | NY | 3 | 5/2/2016 | 1/7/2022 | 1:22-cv-00082 | Hammers Law Firm |
| Vann, Loveasia | VA | 2 | 6/16/2014 | 4/1/2022 | 1:22-cv-01290 | Hammers Law Firm |
| Velez, Dagmar | NY | 3 | 7/15/2013 | 8/15/2022 | 1:22-cv-03236 | Hammers Law Firm |
| Vera, Leticia | VA | 2 | 1/1/2017 | 3/10/2023 | 1:23-cv-01041 | Hammers Law Firm |
| Wuenst, Kimberly | NY | 3 | 3/1/2010 | 5/19/2022 | 1:22-cv-02003 | Hammers Law Firm |
| Silfa, Glenis | NY | 3 | 9/8/2017 | 9/25/2020 | 1:21-cv-00155 | Hammers Law Firm<br>Milberg Coleman Bryson Phillips Grossman |
| Weber, Claire | VA | 2 | 1/1/2015 | 2/26/2021 | 1:21-cv-01846 | Harvey & Binnall PLLC<br>The Olinde Firm, LLC |
| Pershyn, Carly N | NY | 3 | 1/11/2013 | 11/16/2021 | 1:21-cv-04733 | Hensley Legal Group, PC |
| Berman, Danielle | NY | 3 | 11/13/2018 | 2/17/2022 | 1:22-cv-00677 | Johnson Law Group<br>Motley Rice LLC |
| Barrett, Angelia | VA | 2 | 12/31/2006 | 9/7/2023 | 1:23-cv-04012 | Keller Postman, LLC |
| Paulino, Enlly | NY | 3 | 12/1/2018 | 12/29/2021 | 1:21-cv-05315 | Keller Postman, LLC |
| Dean-Prince, Stacy | NY | 3 | 7/2/2015 | 11/29/2023 | 1:23-cv-05449 | Keller Postman, LLC<br>Yaeger Law, PLLC |

3

| Deeb, Mazel | VA | 2 | 12/31/2006 | 11/8/2023 | 1:23-cv-05156 | Keller Postman, LLC Yaeger Law, PLLC |
|---|---|---|---|---|---|---|
| Townsend, Giavanna | NY | 3 | 3/8/2021 | 5/29/2024 | 1:24-cv-02350 | Keller Postman, LLC Yaeger Law, PLLC |
| Cook, Annathea | VA | 2 | 2/27/2019 | 3/15/2023 | 1:23-cv-01120 | Keller Postman, LLC Yaeger Law, PLLC |
| Costello, Kerry | NY | 3 | 9/15/2017 | 1/16/2023 | 1:23-cv-00207 | Keller Postman, LLC Yaeger Law, PLLC |
| Gingras, Christine | MS | 3 | 4/20/2017 | 1/16/2023 | 1:23-cv-00212 | Keller Postman, LLC Yaeger Law, PLLC |
| Nagy, Claudia | NY | 3 | 12/31/2011 | 9/18/2023 | 1:23-cv-04199 | Keller Postman, LLC Yaeger Law, PLLC |
| Foster, Audra | ID | 2 | 12/31/2018 | 10/17/2023 | 1:23-cv-04748 | Keller Postman, LLC Yager Law, PLLC |
| Kettler, Amber | MS | 3 | 4/27/2015 | 12/27/2023 | 1:23-cv-05990 | Keller Postman, LLC Yager Law, PLLC |
| Millner, Sharon | VA | 2 | 2/26/2018 | 7/21/2023 | 1:23-cv-03247 | Keller Postman, LLC Yager Law, PLLC |
| Bones, Luz | NY | 3 | 6/15/2016 | 7/29/2022 | 1:22-cv-03021 | Law Office of Paul Mankin |
| McLeod, Rebecca | VA | 2 | 6/13/2016 | 8/2/2022 | 1:22-cv-03059 | Law Office of Paul Mankin, APC |
| Sosa, Magdelyn | NY | 3 | 10/31/2014 | 6/30/2022 | 1:22-cv-02614 | Linville Law Group |
| Anderson, Courtney | VA | 2 | 7/25/2018 | 9/2/2021 | 1:21-cv-03658 | Motley Rice LLC |
| Wyatt, Shannon | NY | 3 | 10/18/2017 | 10/20/2022 | 1:22-cv-04187 | Motley Rice LLC |
| Lahens, Jhessica | NY | 3 | 1/15/2020 | 1/17/2023 | 1:23-cv-03707 | Napoli Shkolnik PLLC |
| Jemiolo, Patricia | NY | 3 | 1/11/2018 | 2/4/2022 | 1:22-cv-00464 | Porter & Malouf, P.A. |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| Carrion, Maritza Frias | NY | 3 | 2/28/2019 | 11/29/2022 | 1:22-cv-04707 | Rheingold, Giuffra, Ruffo & Plotkin, LLP |
| Sangueza, Michelle | NY | 3 | 3/19/2019 | 1/9/2024 | 1:24-cv-00117 | Rheingold, Giuffra, Ruffo & Plotkin, LLP |
| Dotel, Delia | NY | 3 | 10/15/2019 | 1/6/2023 | 1:23-cv-00084 | The Driscoll Firm |
| Cromwell, Emily | NY | 3 | 4/22/2016 | 7/16/2021 | 1:21-cv-02857 | The Freeman Law Firm McDonald Worley |
| Hamel, Mary Elizabeth | VA | 2 | 10/13/2018 | 8/27/2021 | 1:21-cv-03554 | The Gori Law Firm, P.C. |
| Levens, Shonte D | MI | 3 | 10/7/2013 | 10/6/2021 | 1:21-cv-04132 | The Kuykendall Group, LLC Susen Law Group |
| Acevedo, Anny | NY | 3 | 1/1/2018 | 4/14/2023 | 1:23-cv-01656 | Tosi Law, LLP |
| Alcazar, Facundina Irene | NY | 3 | 1/27/2020 | 4/17/2023 | 1:23-cv-01685 | Tosi Law, LLP |
| Algaithi, Noha | MI | 3 | 1/22/2020 | 3/31/2023 | 1:23-cv-01419 | Tosi Law, LLP |
| Bevier, Jacqueline | NY | 3 | 1/29/2019 | 5/30/2023 | 1:23-cv-02394 | Tosi Law, LLP |
| Bravo, Isadora | NY | 3 | 3/4/2020 | 4/17/2023 | 1:23-cv-01686 | Tosi Law, LLP |
| Carson, Nateshia | MI | 3 | 10/24/2017 | 4/17/2023 | 1:23-cv-01705 | Tosi Law, LLP |
| Collantes, Ana | VA | 2 | 3/1/2020 | 4/14/2023 | 1:23-cv-01651 | Tosi Law, LLP |
| Compass, Bettina | NY | 3 | 5/19/2018 | 4/14/2023 | 1:23-cv-01659 | Tosi Law, LLP |
| Dapena, Wilma | NY | 3 | 1/5/2018 | 4/17/2023 | 1:23-cv-01738 | Tosi Law, LLP |
| Durham, Angie | VA | 2 | 2/1/2020 | 4/22/2022 | 1:22-cv-01576 | Tosi Law, LLP |

5

| Fling, Alia E Roberts | MI | 3 | 12/18/2017 | 4/13/2023 | 1:23-cv-01616 | Tosi Law, LLP |
|---|---|---|---|---|---|---|
| Higgins, Jessica | MI | 3 | 3/18/2019 | 4/20/2022 | 1:22-cv-01506 | Tosi Law, LLP |
| Koncz, Makenzie | ID | 2 | 7/6/2020 | 3/31/2023 | 1:23-cv-01414 | Tosi Law, LLP |
| Medina, Elizabeth | NY | 3 | 2/13/2018 | 3/31/2023 | 1:23-cv-01394 | Tosi Law, LLP |
| Miller, Asia | MI | 3 | 5/5/2017 | 4/14/2023 | 1:23-cv-01658 | Tosi Law, LLP |
| Ng, Sue | NY | 3 | 2/6/2018 | 4/22/2022 | 1:22-cv-01581 | Tosi Law, LLP |
| Ott, Cassandra | MI | 3 | 7/12/2017 | 4/20/2022 | 1:22-cv-01511 | Tosi Law, LLP |
| Penrose, Emma | NY | 3 | 11/20/2018 | 3/31/2023 | 1:23-cv-01395 | Tosi Law, LLP |
| Price, Khalilah | NY | 3 | 10/14/2013 | 10/11/2021 | 1:21-cv-04227 | Tosi Law, LLP |
| Pulido, Deirdre | NY | 3 | 2/12/2013 | 4/21/2022 | 1:22-cv-01543 | Tosi Law, LLP |
| Ramos, Dahiana | NY | 3 | 11/9/2018 | 3/13/2023 | 1:23-cv-01384 | Tosi Law, LLP |
| Sarley-Gregory, Nicole | VA | 2 | 6/7/2019 | 4/22/2022 | 1:22-cv-01586 | Tosi Law, LLP |
| Small, Deandria L | NY | 3 | 10/15/2015 | 4/13/2023 | 1:23-cv-01602 | Tosi Law, LLP |
| Taylor, Debbie | MI | 3 | 6/13/2010 | 4/13/2023 | 1:23-cv-01617 | Tosi Law, LLP |
| Torres, Patricia | ID | 2 | 9/29/2017 | 4/17/2023 | 1:23-cv-01710 | Tosi Law, LLP |
| Vetter, Jennifer L | VA | 2 | 8/27/2014 | 3/31/2023 | 1:23-cv-01407 | Tosi Law, LLP |

6

| Visalli, Carissa J | NY | 3 | 12/18/2017 | 4/13/2023 | 1:23-cv-01601 | Tosi Law, LLP |
|---|---|---|---|---|---|---|
| Yerden, Dannielle R | NY | 3 | 5/9/2013 | 3/31/2023 | 1:23-cv-01389 | Tosi Law, LLP |
| Mosley, Venita | MS | 3 | 1/2/2019 | 10/17/2022 | 1:22-cv-04140 | Yaeger Law, PLLC |
| Griffin, Dana | NY | 3 | 9/28/2015 | 8/17/2022 | 1:22-cv-03296 | Yaeger Law, PLLC<br>Keller Postman LLC |
| Lemus Diaz, Milagros | VA | 2 | 8/15/2019 | 1/20/2023 | 1:23-cv-00312 | Yaeger Law, PLLC<br>Keller Postman, LLC |
| Thurman, Lacey | ID | 2 | 7/1/2016 | 5/25/2022 | 1:22-cv-02088 | Yaeger Law, PLLC<br>Keller Postman, LLC |
| Moss, Lyndsie | ID | 2 | 10/8/2019 | 12/29/2021 | 1:21-cv-05320 | Yaeger Law, PLLC<br>Keller Postman, LLC |

**Warranty Claims**

| Plaintiff | Choice of Law | Warranty Statute of Limitations | Placement Date | Date Complaint Filed | MDL Case No. | Plaintiffs' Firms |
|---|---|---|---|---|---|---|
| Perry, Shara | NY | 4 | 9/1/2010 | 3/1/2023 | 1:23-cv-00889 | Bernstein Liebhard, LLP |
| Claudio, Grace | NY | 4 | 10/20/2009 | 6/21/2022 | 1:22-cv-02468 | Egenberg Trial Lawyers<br>Brad Egenberg Law |
| Rogers, Ronda | AL | 4 | 6/18/2008 | 8/11/2021 | 1:21-cv-03264 | Ferrer Poirot & Wansbrough |
| Taylor, Nicole | NY | 4 | 1/30/2009 | 3/31/2022 | 1:22-cv-02992 | Ferrer Poirot Feller & Daniel<br>Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins PC |
| Munson, Rokiea | NY | 4 | 6/20/2008 | 3/29/2023 | 1:23-cv-01345 | Fibich Leebron Copeland Briggs |
| Rennie, Karen | NY | 4 | 4/1/2007 | 8/31/2021 | 1:21-cv-03626 | Fibich Leebron Copeland Briggs |
| Sharp, Rene | MS | 6 | 1/1/2008 | 8/2/2021 | 1:21-cv-03115 | Fibich Leebron Copeland Briggs |
| Stauffer, Jodi | NY | 4 | 7/10/2012 | 11/23/2021 | 1:21-cv-04837 | Fibich Leebron Copeland Briggs |
| Armijo, Marina | NY | 4 | 11/7/2008 | 6/22/2022 | 1:22-cv-02497 | Hammers Law Firm |
| Austin, Felicia | NY | 4 | 1/1/2006 | 8/31/2022 | 1:22-cv-03520 | Hammers Law Firm |
| Chin, Hannah | NY | 4 | 6/14/2011 | 8/9/2022 | 1:22-cv-03140 | Hammers Law Firm |
| Coats, Kristen | AL | 4 | 1/1/2012 | 9/13/2022 | 1:22-cv-03689 | Hammers Law Firm |
| Coss, Ivonne | NY | 4 | 5/7/2009 | 8/9/2022 | 1:22-cv-03152 | Hammers Law Firm |
| Dorfman, Susan | NY | 4 | 6/3/2009 | 3/24/2023 | 1:23-cv-01263 | Hammers Law Firm |
| Fernandez, Yanet | NY | 4 | 1/1/2007 | 3/9/2023 | 1:23-cv-01024 | Hammers Law Firm |
| Glowacz, Patrycja | NY | 4 | 1/18/2007 | 11/4/2021 | 1:21-cv-04563 | Hammers Law Firm |
| Nobles, Linda | NY | 4 | 11/1/2006 | 3/10/2023 | 1:23-cv-01049 | Hammers Law Firm |
| Pahl, Myriah | NY | 4 | 1/1/2008 | 8/7/2022 | 1:22-cv-03108 | Hammers Law Firm |
| Parra, Lerdy | NY | 4 | 5/8/2012 | 11/4/2021 | 1:21-cv-04582 | Hammers Law Firm |
| Robinson, Kimberly | AL | 4 | 1/1/2006 | 8/15/2022 | 1:22-cv-03238 | Hammers Law Firm |
| Ross, Carolyn | NY | 4 | 4/5/2005 | 8/13/2022 | 1:22-cv-03222 | Hammers Law Firm |
| Thomas, Dionne D. | NY | 4 | 1/1/2005 | 2/4/2022 | 1:22-cv-00459 | Hammers Law Firm |
| Trever, Natasha | NY | 4 | 3/6/2013 | 1/7/2022 | 1:22-cv-00082 | Hammers Law Firm |
| Velez, Dagmar | NY | 4 | 1/1/2005 | 8/15/2022 | 1:22-cv-03236 | Hammers Law Firm |

| Wuenst, Kimberly | NY | 4 | 1/1/2004 | 5/19/2022 | 1:22-cv-02003 | Hammers Law Firm |
|---|---|---|---|---|---|---|
| Pershyn, Carly N | NY | 4 | 7/1/2009 | 11/16/2021 | 1:21-cv-04733 | Hensley Legal Group, PC |
| Berman, Danielle | NY | 4 | 10/17/2012 | 2/17/2022 | 1:22-cv-00677 | Johnson Law Group<br>Motley Rice LLC |
| Townsend, Giavanna | NY | 4 | 5/10/2016 | 5/29/2024 | 1:24-cv-02350 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Costello, Kerry | NY | 4 | 11/1/2011 | 1/16/2023 | 1:23-cv-00207 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Gingras, Christine | MS | 6 | 3/4/2009 | 1/16/2023 | 1:23-cv-00212 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Nagy, Claudia | NY | 4 | 12/31/2011 | 9/18/2023 | 1:23-cv-04199 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Paulino, Enlly | NY | 4 | 12/1/2009 | 12/29/2021 | 1:21-cv-05315 | Keller Postman, LLC<br>Yager Law, PLLC |
| Bones, Luz | NY | 4 | 11/10/2010 | 7/29/2022 | 1:22-cv-03021 | Law Office of Paul Mankin |
| Sosa, Magdelyn | NY | 4 | 5/1/2009 | 6/30/2022 | 1:22-cv-02614 | Linville Law Group |
| Cromwell, Emily | NY | 4 | 8/9/2010 | 7/16/2021 | 1:21-cv-02857 | McDonald Worley |
| Wyatt, Shannon | NY | 4 | 10/11/2008 | 10/20/2022 | 1:22-cv-04187 | Motley Rice LLC |
| Lahens, Jhessica | NY | 4 | 2/28/2018 | 1/17/2023 | 1:23-cv-03707 | Napoli Shkolnik PLLC |
| Jemiolo, Patricia | NY | 4 | 4/2/2013 | 2/4/2022 | 1:22-cv-00464 | Porter & Malouf, P.A. |
| Carrion, Maritza Frias | NY | 4 | 1/1/2007 | 11/29/2022 | 1:22-cv-04707 | Rheingold, Giuffra, Ruffo & Plotkin, LLP |
| Sangueza, Michelle | NY | 4 | 10/31/2015 | 1/9/2024 | 1:24-cv-00117 | Rheingold, Giuffra, Ruffo & Plotkin, LLP |
| Silfa, Glenis | NY | 4 | 3/13/2009 | 9/25/2020 | 1:21-cv-00155 | Sanders Phillips Grossman LLC |
| Dotel, Delia | NY | 4 | 9/18/2013 | 1/6/2023 | 1:23-cv-00084 | The Driscoll Firm |
| Acevedo, Anny | NY | 4 | 8/17/2016 | 4/14/2023 | 1:23-cv-01656 | Tosi Law, LLP |
| Alcazar, Facundina Irene | NY | 4 | 2/1/2010 | 4/17/2023 | 1:23-cv-01685 | Tosi Law, LLP |
| Bevier, Jacqueline | NY | 4 | 1/1/2010 | 5/30/2023 | 1:23-cv-02394 | Tosi Law, LLP |

9

| Bravo, Isadora | NY | 4 | 1/1/2010 | 4/17/2023 | 1:23-cv-01686 | Tosi Law, LLP |
|---|---|---|---|---|---|---|
| Compass, Bettina | NY | 4 | 1/1/2008 | 4/14/2023 | 1:23-cv-01659 | Tosi Law, LLP |
| Depena, Wilma | NY | 4 | 11/26/2014 | 4/17/2023 | 1:23-cv-01738 | Tosi Law, LLP |
| Medina, Elizabeth | NY | 4 | 1/1/2011 | 3/31/2023 | 1:23-cv-01394 | Tosi Law, LLP |
| Ng, Sue | NY | 4 | 8/20/2010 | 4/22/2022 | 1:22-cv-01581 | Tosi Law, LLP |
| Penrose, Emma | NY | 4 | 3/30/2010 | 3/31/2023 | 1:23-cv-01395 | Tosi Law, LLP |
| Price, Khalilah | NY | 4 | 6/1/2009 | 10/11/2021 | 1:21-cv-04227 | Tosi Law, LLP |
| Pulido, Deirdre | NY | 4 | 8/1/2008 | 4/21/2022 | 1:22-cv-01543 | Tosi Law, LLP |
| Ramos, Dahiana | NY | 4 | 3/13/2012 | 3/13/2023 | 1:23-cv-01384 | Tosi Law, LLP |
| Small, Deandria L | NY | 4 | 1/1/2010 | 4/13/2023 | 1:23-cv-01602 | Tosi Law, LLP |
| Visalli, Carissa J | NY | 4 | 10/6/2015 | 4/13/2023 | 1:23-cv-01601 | Tosi Law, LLP |
| Yerden, Dannielle R | NY | 4 | 12/6/2007 | 3/31/2023 | 1:23-cv-01389 | Tosi Law, LLP |
| Griffin, Dana | NY | 4 | 5/9/2005 | 8/17/2022 | 1:22-cv-03296 | Yaeger Law, PLLC<br>Keller Postman LLC |
| Mosley, Venita | MS | 6 | 10/1/2008 | 10/17/2022 | 1:22-cv-04140 | Yaeger Law, PLLC<br>Kerller Postman, LLC |

10

**Statute of Repose**

| Plaintiff | Choice of Law | Products Liability Statute of Repose | Placement Date | Date Complaint Filed | MDL Case No. | Plaintiffs' Firms |
|---|---|---|---|---|---|---|
| Chambers, Carol | NC | 6 | 1/1/2009 | 11/18/2022 | 1:22-cv-04593 | Allen & Nolte, PLLC |
| Arceneaux, Richandra | TX | 15 | 2/25/2005 | 10/12/2023 | 1:23-cv-04668 | Cohen Hirsch, LP |
| Connell, Melissa | NC | 6 | 6/1/2009 | 1/30/2024 | 1:24-cv-00440 | Cory Watson |
| Angeloni, Rita | TX | 15 | 1/1/2008 | 1/18/2023 | 1:23-cv-00258 | Cory Watson, PC |
| Woodfork, Dorothy | NC | 6 | 8/31/2003 | 11/17/2023 | 1:23-cv-05299 | Cuneo Gilbert & LaDuca, LLP Rutherford Law |
| Dominique, Dana | NC | 6 | 6/12/2008 | 9/14/2021 | 1:21-cv-03786 | Davis & Crump, P.C. |
| Chambers, Tocarra | NC | 6 | 11/18/2008 | 12/30/2022 | 1:23-cv-01023 | Ferrer Poirot Feller & Daniel Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins PC |
| Strickland, Danielle | NC | 6 | 2/18/2009 | 8/20/2021 | 1:21-cv-03408 | Fibich Leebron Copeland Briggs |
| Wilkes, Temika | TN | 10 | 1/1/2008 | 1/11/2023 | 1:23-cv-00139 | Fibich Leebron Copeland Briggs |
| Vidal, Kristina | NC | 12 | 1/1/2011 | 4/5/2024 | 1:24-cv-01472 | Fibich, Leebron, Copeland & Briggs |
| Berube, Doris | TX | 15 | 1/1/2004 | 8/2/2022 | 1:22-cv-03044 | Hammers Law Firm |
| Cornelius, Tekila M | NC | 6 | 10/11/2007 | 5/18/2022 | 1:22-cv-01959 | Hammers Law Firm |
| Erb, Lisa Pendergrass | NC | 6 | 7/17/2007 | 6/12/2022 | 1:22-cv-02341 | Hammers Law Firm |
| Johnson, Brittany | TX | 15 | 1/1/2006 | 5/18/2022 | 1:22-cv-01970 | Hammers Law Firm |
| Keenan, Aimee | NC | 6 | 1/1/2008 | 8/15/2022 | 1:22-cv-03237 | Hammers Law Firm |
| Riedl, Jessica | IA | 15 | 1/1/2008 | 2/23/2023 | 1:23-cv-00801 | Hammers Law Firm |
| Rook, Lauren | TN | 10 | 7/1/2010 | 8/23/2022 | 1:22-cv-03385 | Hammers Law Firm |
| Webb, Lasheika | NC | 6 | 1/1/2009 | 2/14/2022 | 1:22-cv-00624 | Hammers Law Firm |
| McLain, Crystal | NC | 6 | 5/1/2009 | 8/11/2021 | 1:21-cv-03270 | Hensley Legal Group, PC |
| Lopez Hernandez, Marilu | IA | 15 | 1/1/2007 | 4/1/2022 | 1:22-cv-01300 | Joel E. Brown |
| Miller, Kenyatta | NC | 6 | 8/1/2009 | 9/20/2021 | 1:21-cv-03872 | Joel E. Brown |
| Brandenburg, Michelle | IA | 15 | 7/31/2008 | 10/31/2023 | 1:23-cv-05020 | Keller Postman, LLC |

11

| Name | State | | DOB | Filed | Case No. | Firm |
|---|---|---|---|---|---|---|
| Dorn, Abigail | NC | 6 | 8/14/2007 | 10/17/2022 | 1:22-cv-04134 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Pitts, Latoya | NC | 6 | 12/20/2010 | 7/31/2023 | 1:23-cv-03395 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Pollock, Dandan | NC | 6 | 4/30/2008 | 1/9/2024 | 1:24-cv-00112 | Keller Postman, LLC<br>Yager Law, PLLC |
| Clayton, Elizabeth | NC | 6 | 7/24/2009 | 9/15/2021 | 1:21-cv-03810 | Milberg Coleman Bryson Phillips Grossman |
| Weiss, Jane | NC | 6 | 1/16/2009 | 9/9/2021 | 1:21-cv-03733 | Milberg Coleman Bryson Phillips Grossman |
| Burnett, Gerilyn | TN | 10 | 7/23/2009 | 5/24/2021 | 1:21-cv-02424 | Milberg Coleman Bryson Phillips Grossman<br>Pogust Millrood |
| Spencer, Jennifer | NC | 12 | 1/1/2010 | 1/30/2023 | 1:23-cv-00440 | Motley Rice LLC |
| Wohnus, Krystal | NC | 6 | 5/15/2008 | 6/1/2023 | 1:23-cv-02454 | Motley Rice LLC |
| Shearer, Courtney | NC | 12 | 12/20/2009 | 4/22/2022 | 1:22-cv-01574 | Peiffer Rosca Wolf Abdullah Carr & Kane |
| Garrett, Tela L | IA | 15 | 3/1/2007 | 4/21/2022 | 1:22-cv-01561 | Porter & Malouf, P.A. |
| Robinson, Whitney | TX | 15 | 2/1/2008 | 5/10/2023 | 1:23-cv-02126 | Porter & Malouf, P.A. |
| Doty, Catherine | NC | 6 | 7/22/2008 | 8/27/2021 | 1:21-cv-03552 | The Gori Law Firm, P.C. |
| Dotson, Tiffany | TN | 10 | 1/1/2009 | 9/29/2021 | 1:21-cv-04023 | Tosi Law, LLP |
| Jerome, Stacy | TX | 15 | 12/30/2007 | 4/17/2023 | 1:23-cv-01712 | Tosi Law, LLP |
| Jones, Sarah L | NC | 6 | 12/20/2005 | 3/31/2023 | 1:23-cv-01426 | Tosi Law, LLP |
| Mathis, Latoya | NC | 12 | 12/31/2010 | 4/17/2023 | 1:23-cv-01693 | Tosi Law, LLP |
| Ngoran, Mercy | NC | 12 | 11/23/2009 | 4/21/2022 | 1:22-cv-01536 | Tosi Law, LLP |
| Talbert-Williams, Brandi | TX | 15 | 12/31/2005 | 10/12/2021 | 1:21-cv-04267 | Tosi Law, LLP |
| Cunningham, Conjetta | TN | 10 | 1/1/2010 | 2/2/2022 | 1:22-cv-00432 | Yaeger Law, PLLC<br>Keller Postman, LLC |
| Ferber, Ileana | TX | 15 | 8/10/2006 | 12/19/2022 | 1:22-cv-04982 | Yaeger Law, PLLC<br>Keller Postman, LLC |

12

**Statute of Repose (Strict Liability)**

| Plaintiff | Choice of Law | Products Liability Statute of Repose | Placement Date | Date Complaint Filed | MDL Case No. | Plaintiffs' Firms |
|---|---|---|---|---|---|---|
| Hyde, Angelika | IL | 8 | 1/1/2009 | 2/9/2023 | 1:23-cv-00605 | Allen & Nolte, PLLC |
| Jackson, Winter | IL | 8 | 8/23/2007 | 3/9/2023 | 1:23-cv-01012 | Allen & Nolte, PLLC |
| Pullin, Dana Christine | GA | 10 | 6/1/2012 | 12/11/2023 | 1:23-cv-05662 | Ashcraft & Gerel, LLP |
| Overton, Shannon | GA | 10 | 10/7/2008 | 10/22/2021 | 1:21-cv-04414 | Bossier & Associates, PLLC Porter & Malouf, P.A. |
| Hadley, Whitney | GA | 10 | 9/29/2009 | 3/14/2022 | 1:22-cv-01029 | Brad Egenberg Law |
| Motter, Georgia | IL | 8 | 9/9/2001 | 5/14/2021 | 1:21-cv-04045 | Bruce D. Taubman |
| Gresham, Keesha | GA | 10 | 2/1/2011 | 11/17/2023 | 1:23-cv-05309 | Childers, Schlueter & Smith, LLC |
| Magana, Joann | IL | 8 | 2/20/2014 | 5/28/2024 | 1:24-cv-02319 | Childers, Schlueter & Smith, LLC |
| Musick-Graham, Melanie | GA | 10 | 6/14/2012 | 1/27/2023 | 1:23-cv-00422 | Childers, Schlueter & Smith, LLC |
| Regan, Wendy | GA | 10 | 7/13/2010 | 5/28/2024 | 1:24-cv-02317 | Childers, Schlueter & Smith, LLC |
| Blasingame, Shandral | GA | 10 | 10/1/2011 | 1/18/2023 | 1:23-cv-00264 | Cory Watson, PC |
| Taylor, Monica | GA | 10 | 2/1/2011 | 7/22/2022 | 1:22-cv-02900 | Cory Watson, PC |
| Abdul, Moori | GA | 10 | 1/31/2013 | 11/17/2023 | 1:23-cv-05302 | Cuneo Gilbert & LaDuca, LLP Rutherford Law |
| McDonald, Tondelya | IL | 8 | 1/31/2010 | 11/17/2023 | 1:23-cv-05301 | Cuneo Gilbert & LaDuca, LLP Rutherford Law |
| Buffington, Princess | GA | 10 | 1/1/2009 | 1/24/2023 | 1:23-cv-00370 | Ferrer Poirot & Wansbrough |
| Davenport, Latosha | GA | 10 | 8/2/2007 | 9/3/2021 | 1:21-cv-03676 | Ferrer Poirot & Wansbrough |
| Shah, Gayatri | GA | 10 | 1/2/2011 | 4/19/2024 | 1:24-cv-01693 | Ferrer Poirot & Wansbrough |
| Bell-Powell, Akyva | IL | 8 | 4/2/2012 | 12/25/2022 | 1:22-cv-05077 | Fibich Leebron Copeland Briggs |
| Billups, Latrice | IL | 8 | 3/1/2007 | 12/25/2022 | 1:22-cv-05078 | Fibich Leebron Copeland Briggs |
| Crump, Sharon F | GA | 10 | 5/15/2009 | 3/29/2023 | 1:23-cv-01338 | Fibich Leebron Copeland Briggs |
| Flores, Carla | IL | 8 | 12/24/2014 | 8/28/2023 | 1:23-cv-03842 | Fibich Leebron Copeland Briggs |
| Haefelin, Margi | IL | 8 | 1/1/2009 | 9/21/2022 | 1:22-cv-03812 | Fibich Leebron Copeland Briggs |

| Jackson, Latrice | IL | 8 | 9/1/2009 | 1/10/2023 | 1:23-cv-00135 | Fibich Leebron Copeland Briggs |
|---|---|---|---|---|---|---|
| Major, Jonzoreika | GA | 10 | 3/31/2011 | 7/7/2022 | 1:22-cv-02682 | Fibich Leebron Copeland Briggs |
| Meunier, Lollie | GA | 10 | 1/1/2012 | 8/16/2022 | 1:22-cv-03287 | Fibich Leebron Copeland Briggs |
| Parker, Tresha | IL | 8 | 12/1/2011 | 1/1/2023 | 1:23-cv-00006 | Fibich Leebron Copeland Briggs |
| Rynex, Kristen | GA | 10 | 7/1/2011 | 5/13/2022 | 1:22-cv-01910 | Fibich Leebron Copeland Briggs |
| Smith, Amy | IL | 8 | 2/12/2009 | 8/31/2022 | 1:22-cv-03536 | Fibich Leebron Copeland Briggs |
| Rodriguez, Patricia | GA | 10 | 2/25/2009 | 9/23/2020 | 1:20-cv-03945 | Fibich Leebron Copeland Briggs Hammers Law Firm |
| Alvarez, Esther | IL | 8 | 1/1/2008 | 2/24/2022 | 1:22-cv-00788 | Hammers Law Firm |
| Baker, Erica | IL | 8 | 1/1/2014 | 1/27/2022 | 1:22-cv-00337 | Hammers Law Firm |
| Eberley, Amanda | IL | 8 | 11/1/2007 | 6/22/2022 | 1:22-cv-02493 | Hammers Law Firm |
| Edgecomb, Angela | IL | 8 | 1/1/2009 | 2/27/2023 | 1:23-cv-00846 | Hammers Law Firm |
| Farr, Bernadette | IL | 8 | 1/1/2010 | 2/27/2023 | 1:23-cv-00845 | Hammers Law Firm |
| Fausto, Rocio | IL | 8 | 1/1/2004 | 2/15/2023 | 1:23-cv-00698 | Hammers Law Firm |
| Francis, Treasure | GA | 10 | 10/10/2008 | 3/14/2022 | 1:22-cv-01021 | Hammers Law Firm |
| Gomez, Vanessa | IL | 8 | 8/5/2008 | 4/26/2022 | 1:22-cv-01636 | Hammers Law Firm |
| Johnson, Sabrina | IL | 8 | 3/13/2007 | 2/3/2022 | 1:22-cv-00766 | Hammers Law Firm |
| Lewerenz, Samantha | IL | 8 | 7/26/2010 | 6/22/2022 | 1:22-cv-02495 | Hammers Law Firm |
| Mascenic, Jessica | IL | 8 | 1/1/2010 | 3/23/2023 | 1:23-cv-01242 | Hammers Law Firm |
| Medina, Ashley | GA | 10 | 7/2/2009 | 1/7/2022 | 1:22-cv-00083 | Hammers Law Firm |
| Reed, Calli | IL | 8 | 9/1/2009 | 12/10/2021 | 1:21-cv-05066 | Hammers Law Firm |
| Roundebush, Randy | IL | 8 | 1/1/2006 | 4/1/2022 | 1:22-cv-01288 | Hammers Law Firm |
| Scott, Lakeisha | GA | 10 | 12/13/2005 | 1/7/2022 | 1:22-cv-00080 | Hammers Law Firm |
| Aros, Sabrine | GA | 10 | 7/8/2010 | 11/16/2021 | 1:21-cv-04731 | Hensley Legal Group, PC |
| Hill, Lauren | GA | 10 | 2/28/2011 | 11/16/2023 | 1:23-cv-05276 | Jack Griffith Rutherford |
| Allen, Michelle | GA | 10 | 7/26/2011 | 7/19/2023 | 1:23-cv-03206 | Johnson Law Group |
| Craft, April | IL | 8 | 6/30/2009 | 5/2/2023 | 1:23-cv-02008 | Johnson Law Group |
| Nasser, Lindsey | GA | 10 | 6/7/2011 | 2/17/2023 | 1:23-cv-00757 | Johnson Law Group |
| Piotrowski, Stephanie | IL | 8 | 5/1/2009 | 5/2/2023 | 1:23-cv-02009 | Johnson Law Group |
| Thomason, Tara | GA | 10 | 1/1/2011 | 4/17/2023 | 1:23-cv-01699 | Johnson Law Group |

| Abraham, Elina | IL | 8 | 12/1/2011 | 11/8/2022 | 1:22-cv-04465 | Johnson Law Group<br>Motley Rice LLC |
|---|---|---|---|---|---|---|
| Coleman, Charlena | IL | 8 | 10/28/2013 | 11/21/2022 | 1:22-cv-04624 | Johnson Law Group<br>Motley Rice LLC |
| Gallardo, Blanca | GA | 10 | 4/24/2008 | 11/16/2022 | 1:22-cv-04568 | Johnson Law Group<br>Motley Rice LLC |
| Dorsey, Victoria | GA | 10 | 12/18/2009 | 1/21/2021 | 1:21-cv-00358 | Keller Postman, LLC<br>Yaeger Law PLLC<br>Keller Lenkner LLC<br>Hammers Law Firm |
| Ahlfeld, Julie | IL | 8 | 12/31/2009 | 11/15/2023 | 1:23-cv-05256 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Anaya, Ana Valenica | GA | 10 | 9/15/2010 | 10/17/2022 | 1:22-cv-04127 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Bade, Purevbadam Makhburiad | IL | 8 | 1/9/2014 | 6/1/2023 | 1:23-cv-02469 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Carter, Jasmine | GA | 10 | 1/1/2010 | 9/22/2023 | 1:23-cv-04299 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Ero, Ruth | GA | 10 | 3/31/2010 | 11/8/2023 | 1:23-cv-05157 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Hammond, Jaclyn | GA | 10 | 1/1/2009 | 10/20/2023 | 1:23-cv-04815 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Napier, Alexis | GA | 10 | 5/30/2013 | 9/11/2023 | 1:23-cv-04063 | Keller Postman, LLC<br>Yaeger Law, PLLC |
| Freeman, Megan | IL | 8 | 1/31/2009 | 7/5/2023 | 1:23-cv-02990 | Keller Postman, LLC<br>Yager Law, PLLC |

| Name | State | | DOB | Filed | Case No. | Firm |
|---|---|---|---|---|---|---|
| Kwitkowski, Jennifer | IL | 8 | 2/28/2010 | 8/22/2023 | 1:23-cv-03740 | Keller Postman, LLC<br>Yager Law, PLLC |
| Kwitkowski, Jennifer | IL | 8 | 2/28/2010 | 8/16/2023 | 1:23-cv-03648 | Keller Postman, LLC<br>Yager Law, PLLC |
| Leonard, Romina | IL | 8 | 5/7/2015 | 9/20/2023 | 1:23-cv-04258 | Keller Postman, LLC<br>Yager Law, PLLC |
| Norman, Angela | IL | 8 | 12/31/2005 | 10/6/2023 | 1:23-cv-04571 | Keller Postman, LLC<br>Yager Law, PLLC |
| Shorey, Carrie | GA | 10 | 5/31/2006 | 11/8/2023 | 1:23-cv-05158 | Keller Postman, LLC<br>Yager Law, PLLC |
| Westrick, Jean | IL | 8 | 12/31/2010 | 10/31/2023 | 1:23-cv-05013 | Keller Postman, LLC<br>Yager Law, PLLC |
| Wilson, Sabrina | GA | 10 | 12/31/2011 | 11/8/2023 | 1:23-cv-05155 | Keller Postman, LLC<br>Yager Law, PLLC |
| Day, Reuvean | IL | 8 | 7/27/2012 | 1/24/2022 | 1:22-cv-00274 | Law Office of Jeff Green, P.C.<br>Joel E. Brown |
| Rosenberg, Maren | IL | 8 | 2/14/2012 | 3/3/2022 | 1:22-cv-00901 | Law Office of Jeff Green, P.C.<br>Joel E. Brown |
| Lish, Stephanie | GA | 10 | 1/1/2010 | 2/28/2024 | 1:24-cv-00892 | Luff Law Firm |
| Blye, Nikki | GA | 10 | 3/1/2013 | 2/5/2024 | 1:24-cv-00534 | McDonald Worley |
| Young, Nadine | GA | 10 | 2/17/2011 | 8/2/2021 | 1:21-cv-03117 | Milavetz, Gallop & Milavetz, P.A. |
| Cagley, Jacqueline Bissett | GA | 10 | 1/1/2010 | 5/3/2022 | 1:22-cv-01744 | Milberg Coleman Bryson Phillips Grossman |
| Karabetsos, Nicole | IL | 8 | 12/30/2011 | 4/17/2024 | 1:24-cv-01617 | Moll Law Group |
| McKeown, Ann | IL | 8 | 5/6/2011 | 12/20/2021 | 1:21-cv-05188 | Moll Law Group |
| Radnick, Margaret | IL | 8 | 9/15/2008 | 3/5/2021 | 1:21-cv-01186 | Michael Brady Lynch Firm |
| Coral, Jacqueline | GA | 10 | 1/30/2008 | 11/15/2021 | 1:21-cv-04699 | Motley Rice LLC |
| Dunn, Rene | IL | 8 | 4/5/2012 | 6/13/2023 | 1:23-cv-02630 | Motley Rice LLC |
| Owensby, Sherita | GA | 10 | 2/2/2010 | 2/2/2022 | 1:22-cv-00421 | Motley Rice LLC |

16

| Name | State | | Date 1 | Date 2 | Case No. | Firm |
|---|---|---|---|---|---|---|
| Redmond, Saqirah | GA | 10 | 3/15/2011 | 9/24/2021 | 1:21-cv-03940 | Motley Rice LLC |
| Lewis, Allison | GA | 10 | 5/11/2009 | 9/23/2020 | 1:20-cv-03942 | Motley Rice LLC<br>Hammers Law Firm |
| Lee, Jessica | IL | 8 | 2/14/2011 | 12/9/2020 | 1:21-cv-00132 | Murphy Law Firm<br>Sanders Phillips Grossman LLC |
| McKee, Faatimah | GA | 10 | 2/11/2010 | 11/30/2021 | 1:21-cv-04908 | Porter & Malouf, P.A. |
| Millsaps, Brianna | GA | 10 | 1/1/2007 | 4/21/2022 | 1:22-cv-01562 | Porter & Malouf, P.A. |
| Wheeler, Tiffany N | GA | 10 | 3/10/2011 | 4/21/2022 | 1:22-cv-01563 | Porter & Malouf, P.A. |
| Hernandez, Elizabeth C | IL | 8 | 3/10/2015 | 5/10/2023 | 1:23-cv-02125 | Porter & Malouf, PA |
| Rawls-Sanders, Jennifer | GA | 10 | 7/1/2009 | 4/9/2021 | 1:21-cv-01420 | Sanders Law Group<br>Sanders Phillips Grossman LLC |
| Tow, Kayla K. | IL | 8 | 11/23/2011 | 8/4/2020 | 1:21-cv-00576 | Sanders Phillips Grossman LLC<br>Pogust Millrood LLC |
| Yates, Haleigh | IL | 8 | 9/1/2012 | 1/28/2022 | 1:22-cv-00361 | The Carolson Law Firm, P.C. |
| King, Keysha | IL | 8 | 1/1/2013 | 9/24/2021 | 1:21-cv-03956 | The Driscoll Firm |
| Gilmore, Amanda | GA | 10 | 2/26/2008 | 10/15/2021 | 1:21-cv-04315 | The Hirsch Law Firm |
| Cook, Tabitha | GA | 10 | 7/20/2009 | 7/16/2021 | 1:21-cv-02867 | The Michael Brady Lynch Firm |
| Adenipekun, Lisa Townsel | IL | 8 | 1/1/2014 | 4/22/2022 | 1:22-cv-01591 | Tosi Law, LLP |
| Amos, Sarah | IL | 8 | 1/20/2010 | 10/11/2021 | 1:21-cv-04199 | Tosi Law, LLP |
| Armstrong, Allison | GA | 10 | 1/1/2012 | 4/14/2023 | 1:23-cv-01647 | Tosi Law, LLP |
| Blaylock, La'shara | GA | 10 | 3/31/2011 | 5/2/2024 | 1:24-cv-01918 | Tosi Law, LLP |
| Brewer, Tanisha | IL | 8 | 12/13/2011 | 10/11/2021 | 1:21-cv-04204 | Tosi Law, LLP |
| Brown, Tamara | GA | 10 | 9/20/2011 | 5/30/2023 | 1:23-cv-02406 | Tosi Law, LLP |
| Diaz, Marilina | IL | 8 | 1/1/2006 | 4/17/2023 | 1:23-cv-01700 | Tosi Law, LLP |
| Goldstein, Nicole | GA | 10 | 5/10/2010 | 4/17/2023 | 1:23-cv-01708 | Tosi Law, LLP |
| Hopkins, Frances | GA | 10 | 7/1/2007 | 4/20/2022 | 1:22-cv-01512 | Tosi Law, LLP |
| Hyde, Angelika | IL | 8 | 1/1/2009 | 10/11/2021 | 1:21-cv-04217 | Tosi Law, LLP |
| Kamuleta, Mamyna | GA | 10 | 12/31/2012 | 5/30/2023 | 1:23-cv-02396 | Tosi Law, LLP |
| Lusk, Christi | IL | 8 | 4/23/2007 | 10/11/2021 | 1:21-cv-04222 | Tosi Law, LLP |
| McKee, Faatimah | GA | 10 | 2/11/2010 | 4/22/2022 | 1:22-cv-01606 | Tosi Law, LLP |
| Mooney, Jessica | GA | 10 | 4/1/2011 | 4/13/2023 | 1:23-cv-01604 | Tosi Law, LLP |

| Paz, Karen | GA | 10 | 12/31/2008 | 4/13/2023 | 1:23-cv-01605 | Tosi Law, LLP |
|---|---|---|---|---|---|---|
| Thompson, Kiera | GA | 10 | 3/4/2011 | 10/11/2021 | 1:21-cv-04239 | Tosi Law, LLP |
| Wilson, Tyshira | IL | 8 | 2/9/2009 | 9/12/2023 | 1:23-cv-04084 | Tosi Law, LLP |
| Bjorgo, Lindsey | IL | 8 | 7/1/2014 | 1/24/2024 | 1:24-cv-00341 | Wallace Miller |
| Garcia-Malene, Jessica | GA | 10 | 3/26/2007 | 3/15/2022 | 1:22-cv-01053 | Wallace Miller |
| McKinney, Amara | IL | 8 | 12/20/2011 | 9/26/2023 | 1:23-cv-04373 | Wallace Miller |
| Moran, Amy | IL | 8 | 1/7/2013 | 3/15/2022 | 1:22-cv-01052 | Wallace Miller |
| Osorio, Janeth | IL | 8 | 5/31/2015 | 1/22/2024 | 1:24-cv-00305 | Wallace Miller |
| Miranda, Joanna | IL | 8 | 1/1/2009 | 5/21/2021 | 1:21-cv-02704 | Ward Murray Pce & Johnson, P.C. <br> Hensley Legal Group, PC |
| Colunga, Stephany | IL | 8 | 8/5/2008 | 3/29/2023 | 1:23-cv-01336 | Yaeger Law, PLLC <br> Keller Postman LLC |
| Harger, Harley | GA | 10 | 9/22/2009 | 4/21/2022 | 1:22-cv-01546 | Yaeger Law, PLLC <br> Keller Postman LLC |
| Goines, Kimberly | GA | 10 | 12/31/2008 | 3/29/2023 | 1:23-cv-01332 | Yaeger Law, PLLC <br> Keller Postman, LLC |
| Reed, Rebecca | GA | 10 | 6/3/2010 | 12/19/2022 | 1:22-cv-04988 | Yaeger Law, PLLC <br> Keller Postman, LLC |
| Graye, Stephanie | IL | 8 | 10/21/2011 | 2/28/2023 | 1:23-cv-00861 | Yager Law, PLLC <br> Keller Postman LLC |
| Brown, Virona | GA | 10 | 3/25/2009 | 1/3/2024 | 1:24-cv-00039 | Yeager Law, PLLC |
| Barba, Monica | IL | 8 | 3/18/2008 | 2/21/2022 | 1:22-cv-00724 | Yeager Law, PLLC <br> Keller Postman, LLC |
| Brannen, Amy | GA | 10 | 4/17/2008 | 10/12/2020 | 1:20-cv-04200 | Zimmerman Reed, P.L.L.P. <br> Hammers Law Firm |